IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CYNTHIA DEANNA WELCH**                                      **PLAINTIFF**

v.                                      CIVIL ACTION NO. 2:23-cv-52-TBM-RPM

**JOSEPH ALBERTO REYNA** *and*
**CROSSTOWN DELIVERY SERVICE, INC.**                        **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND

This matter came before the Court on a hearing on the Plaintiff's Motion to Remand [4]. At the hearing conducted in this matter on May 3, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions from the bench. The Court concluded that Plaintiff's Motion to Remand [4] should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 3, 2023, the Plaintiff's Motion to Remand [4] is DENIED.

This, the 3rd day of May, 2023.

                                                         TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE